Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

KAY DION ALLEN

CASE NO. 14-70160-HDH-13

AKA1:                                    AKA2:
DBA1:                                    DBA2:
SS#1:  xxx-xx- 6151                      SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  6/26/2014   Orig. Time:   11:00 AM          Reset Date:            Reset Time:

  B. Meeting Results:       Adjourned

  C. Debtor(s):   Debtor 1 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:   None

  F. Amount Paid to the Trustee as of        6/26/2014    $480.00      First Payment Due Date:      6/26/2014

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:      B22C Form is:      Incomplete

      Budgeted Income:    $3,157.16    Expense:     $2,677.16    Surplus:    $480.00

      Plan Payment:    $480.00  Monthly                          Plan Term(Months):    60

  I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:       $0.00

      Objection to Exemption of:
      ___

      ___  Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   13-70150-13
                                                                            97-14236-7-okw

      ___  Object to Invoke Stay Pleading

      ___  Case Converted from Chapter 7, Bar Date Set:     9/24/2014    Date Converted from Chapter 7:

  J. Required Information:    WW Directive

  K. Business Information:

  L. Object to Confirmation:     Yes

      22c fails to include accurate income figures
      Failure to include all disposable income

  M. Financial Management Class:    Debtor 1 Appeared

  N. Eligibility:

      Certificate of Credit Counseling Filed:    Debtor 1 Only

      Credit Counseling Provider Approved:                       Yes

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):       No

  O. Domestic Support Obligation:       $0.00   Current:         Arrears:       $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:    MTD
                    -Wage Directive
                Not employed
                Questions
                  -22c fails to include accurate income figures
                    -Need Ms' Nov & Dec income recs, but 1/3-4/25/14 YTD proves 5615 or $935/mo
                She was employed Nov & Dec
                  -Retirement draws of $5009 12/17/13 & $9000 3/24-3/25/14 prove $2,335/mo
                  -Sch I fails to include all income sources
                    -Ms plan to take retirement draws in the next 5 years?
                No plans to take draws.
                  -Failure to include all disposable income

Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

Dated: ___6/26/2014___

/s/ Robert B. Wilson
_____
Standing Bankruptcy Trustee
By:      Brent Hagan

| Case Number: | 14-70160 | | | | |
|---|---|---|---|---|---|
| Debtor: | Allen | | | | |
| Attorney: | White | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 6/26/2014 8:34 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter amount from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter amount from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Postel | $6,292.18 | 5.50% | 58 | $123.79 | $7,179.85 |
| Montague Co - $2.05 not provided for 2014 tax | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| Jack Co  - $76.24 not provided for 2014 tax | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS -- filed 12,702 | $15,112.00 | | 60 | $251.87 | $15,112.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees   Paid Through the Plan | $3,146.00 | | | | $3,146.00 |
|---|---|---|---|---|---|
| Noticing Fees | $75.24 | | | | $75.24 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $9,285.00 | | | |
| Less Trustee Fees | $928.50 | | | |
| Less Attorney Fees | $3,146.00 | | | |
| Less Noticing Fees | $75.24 | Greater Of ---------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $15,112.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| | | |
|---|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | $26,844.80 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $28,339.52 |
| Debtor Plan Base (Monthly Payment X Term) | $28,800.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $460.48 |

**Comments:**